UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 01 2015
```

James Fischer,

            Plaintiff,

–v–

Dean Eric Stiglitz,

            Defendant.

15-CV-6266 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On August 31, 2015, the Court received an email from the Plaintiff in the above-captioned action. Pursuant to Rule 1 of the Court's Special Rules of Practice in Civil Pro Se Cases, all communication with the Court by a *pro se* party must be mailed to the Pro Se Office and no document may be sent directly to Chambers. The Court will disregard any communications sent in violation of this rule, including the email Plaintiff sent on August 31, 2015. If Plaintiff has questions, he may direct them to the Pro Se Office at (212) 805-0175. Alternatively, Plaintiff may send a written inquiry to the Pro Se Office in Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007. All written communications must be sent by mail.

    SO ORDERED.

Dated: Sept 1, 2015
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1