USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 4 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

James Fischer,

        Plaintiff,

–v–

Dean Eric Stiglitz,

        Defendant.

15-CV-6266 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On September 11, 2015, the Court received Plaintiff's motion for a temporary restraining order and preliminary injunction. There is no basis to issue a temporary restraining order *ex parte* under Federal Rule of Evidence 65(b). However, the Court sets the following schedule for the motion for a preliminary injunction. Plaintiff shall serve his motion papers and this order on Defendant by Monday, September 21, 2015. After doing so, Plaintiff shall file an affidavit of service with the Court. Defendant's opposition to Plaintiff's motion shall be due on or before October 5, 2015. Plaintiff's reply shall be due on or before October 12, 2015.

    SO ORDERED.

Dated: September 14, 2015
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1