UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------

JAMES FISCHER    Plaintiff,

vs.

DEAN ERIC STIGLITZ    Defendant

----------------------------------------------------

: Case 15cv6266-AJN-AJP
:
: **AFFIRMATION OF SERVICE FOR**
: **ORDER TO SHOW CAUSE WITH**
: **TEMPORARY RESTRAINING ORDER**

JAMES FISCHER, Plaintiff pro se, affirms the following under penalties of perjury:

I respectfully submit this affirmation in further support of my Motion for a Temporary Restraining Order and Preliminary Injunction:

1. On 9/9/15, the Complaint in this matter was served via personal service on the defendant.

2. Despite email correspondence from an attorney, as of 9/9/15, no defense appearance has been filed, and the correspondence states no intention of filing a defense appearance for another "21 Days". So, the subject motion papers have been sent to the Defendant via both email and Certified Mail with return receipt today, 9/10/15, as he is unrepresented.

3. Also, per Local Civil Rule 7.2, I have emailed to the (apparently) pro se defendant copies of all of the authorities cited in the subject motion, as they may not be available to the general public. (In fact, all are readily found with Google Scholar.)

Dated 09/10/2015

*/s/ J H F*

James Fischer
PO Box 287048
New York, NY 10128
james.fischer@gmail.com
917-628-4052



Pro Se Unit                                                                                             9/9/15
SDNY
United States Courthouse
500 Pearl Street, Room 200
New York, New York 10007

Sirs:

I am the plaintiff in 15cv6266.

Pursuant to Magistrate Peck's order 15cv6266 Document 6, I am requesting that you add my phone number and email address to the docket for the case:

    Phone number 917-628-4052

    Email: james.fischer@gmail.com

The Magistrate did not explain what would happen in the scenario when a litigant had neither a phone, computer, nor email address, but one presumes that this would be rare.

Thanks!

james fischer

Fischer
PO Box 287048
NYC NY 10128

Pro Se Unit
US Courthouse
500 Pearl St
Rm 200
New York, NY 10007

USMp3 SDNY

RECEIVED
2015 SEP 14
SDNY PRO SE OFFICE