USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 26 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

James Fischer,

        Plaintiff,

  –v–

Dean Stiglitz,

        Defendant.

15-CV-6266 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On October 21, 2015, the Court received Plaintiff's request for an extension of time to file his opposition to Defendant's motion to dismiss. *See* Dkt. No. 26. Plaintiff's opposition is currently due on October 27, 2015. *See* Dkt. No. 15. The Court will grant Plaintiff's request for an extension and Plaintiff's opposition shall now be due on or before November 23, 2015.

SO ORDERED.

Dated: October 26, 2015
New York, New York

                                           ALISON J. NATHAN
                                       United States District Judge