**SPEYER & PERLBERG, LLP**
COUNSELORS AT LAW
115 BROADHOLLOW ROAD, SUITE 250
MELVILLE, NEW YORK 11747

(631) 673-6670
FAX (631) 673-7073
www.speyerperlberg.com

DENNIS M. PERLBERG
perlberg@speyerperlberg.com

November 6, 2015

**Via ECF**

Hon. Alison J. Nathan
United States District Court
For the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    James Fischer v. Dean Eric Stiglitz,
              Laurie Ane Herboldscheimer and Golden Rule Honey, LLC
              Case No.:  15 CV 6266
              Our File No.:  15-120 DMP (17)

Dear Judge Nathan:

    This letter requests an extension of time to answer the amended complaint by defendant, Dean Stiglitz ("Stiglitz").

    This office represents defendant, Stiglitz, in the above matter.  Plaintiff, who is appearing *pro se*, has amended the complaint in response to a Rule 12(b)(5) and (6) motion that we made for Stiglitz.

    The amended complaint adds two additional parties, as noted in the above caption.  They are the wife and the LLC in which Stiglitz is a managing member.

    It is our intent to make the same motion on behalf of Stiglitz that was previously made, as we contend that the new allegations against him do not cure the jurisdictional defects or the deficiencies in stating a claim.

    The two new defendants have not been served, as of this date, but plaintiff, Mr. Fischer, has advised me that service will be complete in the very near term.  The insurance company for defendants, Farm Family Casualty Ins. Co., is reviewing the amended complaint to determine if they will afford coverage for a defense or indemnity and, if so, whether there are conflicts of interest that could prevent this office from being

SPEYER & PERLBERG

2 | Page

retained to represent one or both new parties. Accordingly, although we expect to be retained for the two new parties, that has not yet been accomplished.

The grounds that Stiglitz relies upon to move with respect to the amended complaint apply equally to the new parties. In order to avoid multiple motions, we have requested, and Mr. Fischer has consented, to extend the time of Mr. Stiglitz to answer or move with respect to the amended complaint to the same date that the answer or motion will become due for the new parties. The original date to answer for Stiglitz is November 16, 2015. This is Stiglitz's first request for an extension of time to answer or move with respect to the amended complaint.

Thank you for your courtesies in this matter.

Respectfully yours,

Dennis M. Perlberg

S:\CURRENT\DMP\Stiglitz\Correspondence\DMP to Judge Nathan 11-6-15.docx

**Via First Class Mail**

cc: James Fischer
*Plaintiff, Pro Se*
Box 287048
New York, NY  10128