UNTIED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

JAMES FISCHER,

          Plaintiff,

v.

DEAN ERIC STIGLITZ, LAURIE ANNE
HERBOLDSHEIMER and GOLDEN RULE
HONEY, LLC,,

          Defendants.

-----------------------------------------------------------------x

Case No.  15 CV 6266

Judge Nathan

**NOTICE OF MOTION
TO DISMISS AMENDED
COMPLAINT**

**PLEASE TAKE NOTICE THAT** on upon the attached Declaration of Dennis M. Perlberg, Esq. dated November 16, 2015 and the Affidavit of Defendant, DEAN ERIC STIGLITZ, dated September 28, 2015, and upon the exhibits annexed thereto and the accompanying Memorandum of Law in support of this motion, Defendant, by and through his attorneys, Speyer & Perlberg, LLP, shall  move this Court, before the Honorable Alison J. Nathan, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an order pursuant to FRCP 12(b)(2) granting the dismissal of the complaint against Dean Eric Stiglitz only, on the grounds that this Court does not have

personal jurisdiction upon said Defendant and for such other and further relief as this Court may deem just and proper.

Dated:     Melville, New York
            November 16, 2015

SPEYER & PERLBERG
Attorneys for Defendant

By: _____
Dennis M. Perlberg, Esq. (DP 9514)
115 Broadhollow Road, Suite 250
Melville, New York 11747
Perlberg@speyerperlberg.com
(631) 673-6670

TO:   JAMES FISCHER
      Pro Se
      Box 287048
      New York, New York 10128