## SPEYER & PERLBERG, LLP
### COUNSELORS AT LAW
115 BROADHOLLOW ROAD, SUITE 250
MELVILLE, NEW YORK 11747

(631) 673-6670
FAX (631) 673-7073
www.speyerperlberg.com

DENNIS M. PERLBERG
perlberg@speyerperlberg.com

December 17, 2015

Hon. Alison J. Nathan
United States District Court
For the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    James Fischer v. Dean Eric Stiglitz
             Case No.: 15 CV 6266
             Claim No.: 20-X-2XH302
             Our File No.: 15-120 DMP (17)

Dear Judge Nathan:

    We are counsel for the Defendants in the above matter.

    On December 17, 2015, we received Plaintiff's 18 page letter that he allegedly forgot to serve in opposition to the pending motion by Defendant, Dean Stiglitz ("Stiglitz") to dismiss the amended complaint. Also received was a three page proposed sur-reply to the motion.

    On page 6 of 18 of this submission, Plaintiff states:

> Regardless, Plaintiff's unilateral and unconditional
> withdrawal of the defamation claim is not open for debate.

    Based upon this concession, Defendants request that the Third Cause of Action for defamation in the Amended Complaint be dismissed with prejudice on consent.

    As to the other statements and arguments made in the two submissions, we request that they be rejected by the Court, or in the alternative, that Stiglitz be afforded an opportunity to respond. As I will be on vacation next week, if a response is allowed, it is requested that our papers be permitted to be filed on or before January 9, 2016.

SPEYER & PERLBERG
2 | Page

Thank you for your consideration.

Respectfully yours,

Dennis M. Perlberg

cc:   **Via Mail**

JAMES FISCHER
Pro Se
Box 287048
New York, New York 10128

**Via email**:

Mimi Rockcastle
Farm Family Insurance

Dean Eric Stiglitz
Laurie Anne Herboldsheimer